NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT J. SPAHN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7006

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 11-1846, Judge Mary J. Schoelen.

---

## ON MOTION

---

## ORDER

The parties jointly move to stay the appeal pending the court's disposition in *Genaro Vazquez-Claudio v. Shinseki,* No. 2012-7114.

The parties assert that the appeals involve the same question of interpretation of a Department of Veterans Affairs regulation governing rating service-connected mental disorders.

ROBERT SPAHN V. SHINSEKI                                    2

Upon consideration thereof,

IT IS ORDERED THAT:

(1)   The joint motion to stay the appeal is granted. The parties are directed to inform this court, within 14 days of the final disposition in *Vazquez-Claudio* how this appeal should proceed.

(2)   A copy of this order shall be transmitted to the merits panel assigned to *Genaro Vazquez-Claudio v. Shinseki*, No. 2012-7114.


FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s26